IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY MICHAEL GARCIA,

       Plaintiff,

v.                                                                           No. 1:23-cv-00375-LF

JOSEPH P. PETRELLI,
CURTIS R. GURLEY,
MEGA S. BOWEN,
LISA B. RILEY,
ROBERT RICK TEDROW,
SCOTT SANDEFER,
HAROLD POZAS,
S. SCHWIGER,
J. YOUNG,
FNU LOPEZ, and
ALL STATE OF NEW MEXICO PUBLIC OFFICIALS

       Defendants.

### ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiff, who is proceeding *pro se*, filed a document titled "Notice to Intervene with an Injunction, the King's Bench." See Doc. 1, filed May 2, 2023 ("Complaint"). Plaintiff named ten State of New Mexico public officials, along with all State of New Mexico public officials, as "Wrongdoers." Complaint at 1. The 21-page Complaint, with 18 pages of attachments, references cases in state court, makes vague allegations of constitutional violations related to double jeopardy, excessive fines, cruel and unusual punishment, unlawful arrest, due process, denying Plaintiff medicine while he was in jail, and right to a fair trial. Much of the Complaint is legal argument. Plaintiff also alleged that four unidentified police officers assaulted Plaintiff and an unidentified police officer did not show up for court. *See* Complaint at 8-9, 11-13. The only relief Plaintiff seeks is: "Injunction 'to stop' STATE OF NEW MEXICO Public Official(s) in their individual

capacity and private and public venders And, continue to investigate for RICO and other probable cause violations." Complaint at 16 (stating "I move the court for injunction and continuance of this case(s) for probable cause committed").

After explaining the reasons the Complaint failed to state a claim upon which relief can be granted, the Court ordered Plaintiff to file an amended complaint within 21 days, by May 30, 2023.

Plaintiff now asks the Court for "a 60-day continuance (or at least a 40-day continuance) from the date of the filing of this [Motion for Extension]" to file an amended complaint. 60-Day Continuance to Give Time to Remedy What the Judge has Written in the Memorandum Opinion and Order for Amended Complaint, Doc. 6, filed May 24, 2023 ("Motion for Extension").

**IT IS ORDERED** that Plaintiff's Motion for Extension, Doc. 6, filed May 24, 2023, is **GRANTED.** The Court extends the current May 30, 2023, deadline by 40 days. Plaintiff's amended complaint is due July 10, 2023. Failure to timely file an amended complaint may result in dismissal of this case. No additional extensions of time to file an amended complaint will be granted absent extraordinary circumstances.

_____
The Honorable Laura Fashing
United States Magistrate Judge